```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18532
   JOHN WEST SR
   ADRIENNE D WEST                             CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-4544    SSN XXX-XX-4972

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/09/2007 and was confirmed 12/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  16.73%.

     The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
STERLING JEWELERS          SECURED             1683.81        99.58        232.96
JB ROBINSON JEWELRY        UNSECURED        NOT FILED           .00           .00
TOYOTA MOTOR CREDIT        SECURED VEHIC    35136.20       2428.24       4966.19
TOYOTA MOTOR CREDIT        UNSECURED          1470.54           .00           .00
WELLS FARGO FINANCIAL IN   SECURED VEHIC    35495.05       2325.62       7608.68
INTERNAL REVENUE SERVICE   PRIORITY              .00            .00           .00
JAMES T GATELY             UNSECURED           293.15           .00           .00
ADVOCATE HEALTH CTR        UNSECURED        NOT FILED           .00           .00
AFNI INC                   UNSECURED        NOT FILED           .00           .00
CASH MART                  UNSECURED        NOT FILED           .00           .00
CASH MART                  UNSECURED        NOT FILED           .00           .00
CHASE                      UNSECURED        NOT FILED           .00           .00
CHECK N GO                 UNSECURED        NOT FILED           .00           .00
IC INC                     NOTICE ONLY      NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED           531.87           .00           .00
HARRIS & HARRIS            NOTICE ONLY      NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
CBA COLLECTION BUREAU      NOTICE ONLY      NOT FILED           .00           .00
DERMATOLOGY CENTER         UNSECURED        NOT FILED           .00           .00
EASTSIDE MEDICAL HEALTH    UNSECURED        NOT FILED           .00           .00
PREMIER BANKCARD           UNSECURED           406.55           .00           .00
PREMIER BANKCARD           UNSECURED           414.73           .00           .00
GOODYEAR                   UNSECURED        NOT FILED           .00           .00
HOLY CROSS HOSPITAL        UNSECURED           584.80           .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY      NOT FILED           .00           .00
HSBC CARD SERVICES         UNSECURED        NOT FILED           .00           .00
HOUSEHOLD TAX MASTERS      UNSECURED           424.31           .00           .00
JC PENNEY                  UNSECURED        NOT FILED           .00           .00
LEE JOSEPH MOORE DDS       UNSECURED        NOT FILED           .00           .00
LITTLE CO MARY HOSPITAL    UNSECURED        NOT FILED           .00           .00
MALCOLM S GERALD           NOTICE ONLY      NOT FILED           .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED        NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18532 JOHN WEST SR & ADRIENNE D WEST
```

```
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED             .00          .00
MIDWEST ANESTHESIOLOGIST  UNSECURED       NOT FILED             .00          .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED       NOT FILED             .00          .00
MIDWEST SURGICAL GROUP S  UNSECURED       NOT FILED             .00          .00
TRANSWORLD SYSTEMS        NOTICE ONLY     NOT FILED             .00          .00
NANCY RG CHURCH MD        UNSECURED           36.97             .00          .00
PAYDAY LOAN SERVICE       UNSECURED       NOT FILED             .00          .00
PREMIER CREDIT CORP       UNSECURED       NOT FILED             .00          .00
QUEST DIAGNOSTICS         UNSECURED       NOT FILED             .00          .00
SOUTH PARK PEDIATRICS     UNSECURED       NOT FILED             .00          .00
ROUNDUP FUNDING LLC       UNSECURED          336.02             .00          .00
WELLS FARGO FINANCIAL IN  UNSECURED        22625.36             .00          .00
WELLS FARGO ACCEPTANCE    UNSECURED       NOT FILED             .00          .00
ROUNDUP FUNDING LLC       SECURED NOT I        .00              .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           83.20             .00          .00
TIMOTHY K LIOU            DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                       1,449.73
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                19,111.00

PRIORITY                                         .00
SECURED                                    12,807.83
    INTEREST                                4,853.44
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                        1,449.73
DEBTOR REFUND                                    .00
                       ---------------     ---------------
TOTALS                 19,111.00            19,111.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
   Dated: 01/27/09       _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 07 B 18532 JOHN WEST SR & ADRIENNE D WEST